**Order entered September 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01553-CR
No. 05-13-01554-CR

**JOHN MICHAEL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-62863-J, F13-00350-J**

## ORDER

On August 15, 2014, this Court ordered the Dallas County District Clerk to file, within fifteen days, a supplemental clerk's record containing the guilt phase jury charge for trial court no. F12-62863-J (05-13-01553-CR) or written verification the charge could not be located. Because the above cases were tried together with trial court nos. F12-62862-J and F13-00351-J, styled *Morris Jones v. The State of Texas*, we directed the District Clerk to include the files of these two cases in his search for the missing guilt phase jury charge for trial court no. F12-62863-J. To date, we have not received the supplemental clerk's record or a response from the District Clerk regarding the status of the search.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS**, of the date of this order, a supplemental clerk's record containing the guilt phase jury charge for trial court no. F12-62863-J (05-13-01553-CR) or written verification the charge could not be located. Because the above cases were tried together with trial court nos. F12-62862-J and F13-00351-J, styled *Morris Jones v. The State of Texas*, the District Clerk shall include the files of these two cases in his search for the missing guilt phase jury charge for trial court no. F12-62863-J.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/ LANA MYERS
   JUSTICE